Anthony CARANCI et al.

v.

**Thomas J. CALDARONE, Jr. et al.**

No. 85–154–M.P.

Supreme Court of Rhode Island.
May 23, 1985.

Gerald C. DeMaria, Higgins, Cavanagh & Cooney, Providence, for petitioners.

Maura C. Travers, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

MURRAY and SHEA, JJ., did not participate.

Lorraine EVANS

v.

**STATE/NATIONAL GUARD.**

No. 85–232–M.P.

Supreme Court of Rhode Island.
May 23, 1985.

Raul L. Lovett, George E. Furtado, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

Arlene Violet, Atty. Gen., Constance Messore, Sp. Asst. Atty. Gen., Chief/Appellate Div., Marilyn McGair, Sp. Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of certiorari is denied.

MURRAY and SHEA, JJ., did not participate.